1  **RICHARD M. ROGERS, #045843**
   **LAW OFFICE OF RICHARD M. ROGERS**
2  100 Bush Street, #1980
   San Francisco, CA  94104
3  Telephone:    415/981-9788
   Facsimile:    415/981-9798
4  Email:        RogersRMR@aol.com

5  Attorneys for Plaintiff
   **ELLIOTT FLOWERS**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ELLIOTT FLOWERS, | ) **Case No.:  C09-04909 CRB [ECF]** |
|---|---|
| Plaintiff, | ) Case filed:         10/15/09 |
|  | ) Case reassigned:    10/27/09 |
| v. | ) Trial date:         TBA |
| PACIFIC MARITIME ASSOCIATION, | ) **APPLICATION TO RESET CASE MANAGEMENT DATES** |
| Defendant. | ) Date:     01/22/10 |
|  | ) Time:     8:30 a.m. |
|  | ) Location: Courtroom 8 |

Plaintiff applies to the Court to reset the Case Management Dates on the following grounds:

1. Plaintiff retained the undersigned on December 12, 2009.

2. Defendant has not yet appeared.

3. Plaintiff anticipates that Defendant will answer or otherwise plead by mid-February, 2010.

4. Plaintiff requests that the Case Management Conference be rescheduled for mid-April, 2010, and that the other compliance dates be adjusted accordingly.

Respectfully submitted,

Dated: 12-31-09

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

The case management conference set for April 16, 2010 at 8:30 a.m..

Signed: January 6, 2010

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA