1 | **RICHARD M. ROGERS, #045843**
**LAW OFFICE OF RICHARD M. ROGERS**
2 | 100 Bush Street, #1980
San Francisco, CA  94104
3 | Telephone:     415/981-9788
Facsimile:      415/981-9798
4 | Email:            RogersRMR@aol.com

5 | Attorneys for Plaintiff
**ELLIOTT FLOWERS**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ELLIOTT FLOWERS, | ) | **Case No.:  C09-04909 CRB [ECF]** |
|---|---|---|
| Plaintiff, | ) ) ) | Case filed:              10/15/09
Case reassigned:    10/27/09 |
| v. | ) ) | Trial date:               TBA |
| PACIFIC MARITIME ASSOCIATION, | ) ) ) | **APPLICATION TO RESET CASE MANAGEMENT DATES** |
| Defendant. | ) ) ) ) ) ) | Date:          01/22/10
Time:         8:30 a.m.
Location:    Courtroom 8 |

1 | Plaintiff applies to the Court to reset the Case Management Dates on the following
2 | grounds:
3 |     1.    Plaintiff retained the undersigned on December 12, 2009.
4 |     2.    Defendant has not yet appeared.
5 |     3.    Plaintiff anticipates that Defendant will answer or otherwise plead by mid-
6 | February, 2010.
7 |     4.    Plaintiff requests that the Case Management Conference be rescheduled for mid-
8 | April, 2010, and that the other compliance dates be adjusted accordingly.

Respectfully submitted,

Dated: 12-31-09

LAW OFFICE OF RICHARD M. ROGERS

By: _____
RICHARD M. ROGERS
Attorneys for Plaintiff

The case management conference set for April 16, 2010 at 8:30 a.m..

Signed: January 6, 2010



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA