CLIFFORD D. SETHNESS (State Bar No. 212975)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue
Twenty-second Floor
Los Angeles, CA 90071-3132
Telephone: 213.612.2500
Facsimile: 213.612.2501
csethness@morganlewis.com

L. JULIUS M. TURMAN (State Bar No. 226126)
SACHA M. STEENHOEK (State Bar No. 253743)
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
Phone: 415.442.1000
Fax: 415.442.1001
jturman@morganlewis.com
ssteenhoek@morganlewis.com

Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOTT FLOWERS,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>Defendant. | Case No. C 09-04909 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>[LOCAL RULE 6-1(A)] |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/21566797.1                                                      CASE NO. C 09-04909 CRB
STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

# RECITALS

WHEREAS, on October 15, 2009, Plaintiff Elliott Flowers ("Plaintiff") filed a Complaint ("Complaint") in this Court against Defendant Pacific Maritime Association ("Defendant");

WHEREAS, on December 21, 2009, Plaintiff requested Defendant to waive service of summons;

WHEREAS, on January 6, 2010, Defendant's counsel signed and returned to Plaintiff the Waiver of Service of Summons of Plaintiff's Complaint;

WHEREAS, on January 14, 2010, before Defendant filed an Answer to Plaintiff's Complaint or otherwise made an appearance in this Court, Plaintiff filed a First Amended Complaint ("FAC") with this Court;

WHEREAS, because Defendant has not made an appearance in this case, on January 19, 2010, Plaintiff requested that Defendant's counsel waive service of the FAC;

WHEREAS, on January 26, 2010, Defendant's counsel signed and returned the Waiver of Service form to Plaintiff;

WHEREAS, Defendant believed and continues to believe that it has 60 days following the latest request for waiver of service of process in which to file an Answer to Plaintiff's FAC under Federal Rule of Civil Procedure 4(d)(3);

WHEREAS, in an abundance of caution, Defendant has requested, and Plaintiff has agreed, to extend the time in which Defendant must file an Answer to Plaintiff's FAC thirty (30) days to March 22, 2010;

WHEREAS, Defendant has not previously requested an extension of time to Answer Plaintiff's Complaint or FAC; and

WHEREAS, the stipulated extension of time will not require the modification of any deadlines previously set by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that the time for Defendants to answer, plead, move against, or otherwise respond to the FAC in this action shall be extended until March 26, 2010. Plaintiff agrees not to treat any failure to respond by any Defendant before that time as a default.

Dated: February 24, 2010    MORGAN, LEWIS & BOCKIUS LLP

By _____
L. Julius Turman
Sacha Steenhoek

Attorneys for Defendant
PACIFIC MARITIME ASSOCIATION

Dated: February 24, 2010    LAW OFFICE OF RICHARD M. ROGERS

By _____
Richard M. Rogers

Attorneys for Plaintiff Elliott Flowers

## [PROPOSED] ORDER

Based on the foregoing Stipulation, and for good cause appearing, the Court hereby ORDERS as follows:

Defendant Pacific Maritime Association shall have a thirty (30) day extension to answer or otherwise respond to Plaintiff's FAC.

Accordingly, Defendant's response to Plaintiff's FAC shall be filed and served on or before March 26, 2010.

**IT IS SO ORDERED.**

DATED: Feb. 25_____, 2010

_____
HON. CHARLES R. BREYER
United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

DB2/21566797.1    3    CASE NO. C 09-04909 CRB
STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT