1  CLIFFORD D. SETHNESS (State Bar No. 212975)
   MORGAN, LEWIS & BOCKIUS LLP
2  300 South Grand Avenue
   Twenty-second Floor
3  Los Angeles, CA  90071-3132
   Telephone:     213.612.2500
4  Facsimile:     213.612.2501
   csethness@morganlewis.com
5

6  L. JULIUS M. TURMAN (State Bar No. 226126)
   SACHA M. STEENHOEK (State Bar No. 253743)
7  MORGAN, LEWIS & BOCKIUS LLP
   One Market, Spear Street Tower
8  San Francisco, CA  94105
   Phone:         415.442.1000
9  Fax:           415.442.1001
   jturman@morganlewis.com
10 ssteenhoek@morganlewis.com

11 Attorneys for Defendant
   PACIFIC MARITIME ASSOCIATION
12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 ELLIOTT FLOWERS,                    Case No. C 09-04909 CRB

18             Plaintiff,              **STIPULATION AND [PROPOSED]**
                                       **ORDER EXTENDING**
19     vs.                             **TIME TO RESPOND TO**
                                       **FIRST AMENDED COMPLAINT**
20 PACIFIC MARITIME ASSOCIATION,
                                       [LOCAL RULE 6-1(A)]
21             Defendant.

22

23

24

25

26

27

28

MORGAN, LEWIS &
 BOCKIUS LLP        DB2/21566797.1                            CASE NO. C 09-04909 CRB
ATTORNEYS AT LAW
 SAN FRANCISCO           STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT

## RECITALS

WHEREAS, on October 15, 2009, Plaintiff Elliott Flowers ("Plaintiff") filed a Complaint ("Complaint") in this Court against Defendant Pacific Maritime Association ("Defendant");

WHEREAS, on December 21, 2009, Plaintiff requested Defendant to waive service of summons;

WHEREAS, on January 6, 2010, Defendant's counsel signed and returned to Plaintiff the Waiver of Service of Summons of Plaintiff's Complaint;

WHEREAS, on January 14, 2010, before Defendant filed an Answer to Plaintiff's Complaint or otherwise made an appearance in this Court, Plaintiff filed a First Amended Complaint ("FAC") with this Court;

WHEREAS, because Defendant has not made an appearance in this case, on January 19, 2010, Plaintiff requested that Defendant's counsel waive service of the FAC;

WHEREAS, on January 26, 2010, Defendant's counsel signed and returned the Waiver of Service form to Plaintiff;

WHEREAS, Defendant believed and continues to believe that it has 60 days following the latest request for waiver of service of process in which to file an Answer to Plaintiff's FAC under Federal Rule of Civil Procedure 4(d)(3);

WHEREAS, in an abundance of caution, Defendant has requested, and Plaintiff has agreed, to extend the time in which Defendant must file an Answer to Plaintiff's FAC thirty (30) days to March 22, 2010;

WHEREAS, Defendant has not previously requested an extension of time to Answer Plaintiff's Complaint or FAC; and

WHEREAS, the stipulated extension of time will not require the modification of any deadlines previously set by the Court.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties, that the time for Defendants to answer, plead, move against, or otherwise respond to the FAC in this action shall be extended until March 26, 2010. Plaintiff agrees not to treat any failure to respond by any Defendant before that time as a default.

| | |
|---|---|
| Dated: February 24, 2010 | MORGAN, LEWIS & BOCKIUS LLP |
| | By _____ |
| | L. Julius Turman |
| | Sacha Steenhoek |
| | Attorneys for Defendant |
| | PACIFIC MARITIME ASSOCIATION |
| Dated: February 24, 2010 | LAW OFFICE OF RICHARD M. ROGERS |
| | By _____ |
| | Richard M. Rogers |
| | Attorneys for Plaintiff Elliott Flowers |

## [PROPOSED] ORDER

Based on the foregoing Stipulation, and for good cause appearing, the Court hereby ORDERS as follows:

Defendant Pacific Maritime Association shall have a thirty (30) day extension to answer or otherwise respond to Plaintiff's FAC.

Accordingly, Defendant's response to Plaintiff's FAC shall be filed and served on or before March 26, 2010.

**IT IS SO ORDERED.**

DATED: __Feb. 25__, 2010

HON. CHARLES R. BREYER
United States...

*[Stamp: IT IS SO ORDERED — Judge Charles R. Breyer]*

*[Seal: United States District Court, Northern District of California]*

DB2/21566797.1    3    CASE NO. C 09-04909 CRB
STIPULATION EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT