1   CLIFFORD D. SETHNESS (State Bar No. 212975)
    MORGAN, LEWIS & BOCKIUS LLP
2   300 South Grand Avenue
    Twenty-second Floor
3   Los Angeles, CA  90071-3132
    Telephone:     213.612.2500
4   Facsimile:     213.612.2501
    csethness@morganlewis.com
5

6   L. JULIUS M. TURMAN (State Bar No. 226126)
    SACHA M. STEENHOEK (State Bar No. 253743)
7   MORGAN, LEWIS & BOCKIUS LLP
    One Market, Spear Street Tower
8   San Francisco, CA  94105
    Phone:         415.442.1000
9   Fax:           415.442.1001
    jturman@morganlewis.com
10  ssteenhoek@morganlewis.com

11  Attorneys for Defendant
    PACIFIC MARITIME ASSOCIATION
12

13  RICHARD M. ROGERS (State Bar No. 045843)
    LAW OFFICE OF RICHARD M. ROGERS
14  100 Bush Street, Suite 1980
15  San Francisco, CA  94104
    Telephone: 415.981.9788
16  Facsimile: 415.981.9798
    RogersRMR@aol.com
17
    Attorneys for Plaintiff
18  ELLIOTT FLOWERS

19              IN THE UNITED STATES DISTRICT COURT

20           FOR THE NORTHERN DISTRICT OF CALIFORNIA

21

22  ELLIOTT FLOWERS,                  Case No. C-09-04909 CRB [ECF]

23              Plaintiff,            **STIPULATION AND [PROPOSED]**
                                      **ORDER TO DISMISS PLAINTIFF'S**
24       vs.                         **CLAIMS WITH PREJUDICE**

25  PACIFIC MARITIME ASSOCIATION,

26              Defendant.

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

STIPULATION AND [PROPOSED] ORDER TO
DISMISS

Case No. C-09-04909 CRB

1

2       The parties, by and through their counsel of record, hereby stipulate and agree that the

3 above-captioned action be dismissed with prejudice, and no party shall make an application for

4 attorneys' fees, costs, or interest.  It is so stipulated.

5                           Respectfully submitted,

6

7 Dated: June 23, 2010              Law Office of Richard M. Rogers

8

9                        By:                 
                       Richard M. Rogers

10                        Attorneys for Plaintiff
                       ELLIOTT FLOWERS

11 Dated: June 23, 2010              MORGAN, LEWIS & BOCKIUS LLP

12

13                        By:                 
                       L. Julius M. Turman

14                        Sacha Steenhoek
                       Attorneys for Defendant

15                        PACIFIC MARITIME ASSOCIATION

16

17

18

19

20

21

22

23

24

25

26

27

28

1

STIPULATION AND [PROPOSED] ORDER TO
DISMISS                                 Case No. C-09-04909 CRB

1

2

**[~~PROPOSED~~] ORDER**

3      Pursuant to the stipulation above, the above-captioned action is HEREBY DISMISSED

4 with prejudice.  No party shall make application for attorneys' fees, costs, or interest.

5 IT IS SO ORDERED.

6 DATED: ___June 24___, 2010

7                                     _____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Morgan, Lewis &
Bockius LLP
Attorneys At Law

STIPULATION AND [PROPOSED] ORDER TO
DISMISS

Case No. C-09-04909 CRB